No. 1197. PASSAIC COUNTY BAR ASSN. ET AL. *v.* HUGHES, GOVERNOR OF NEW JERSEY, ET AL. Sup. Ct. N. J. Certiorari denied. MR. JUSTICE BLACKMUN is of the opinion that certiorari should be granted.

No. 1226. MERCADO *v.* SUPERIOR COURT OF PUERTO RICO ET AL. Sup. Ct. P. R. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted.

No. 1227. HOUSING AUTHORITY OF THE CITY OF DURHAM, NORTH CAROLINA, ET AL. *v.* CAULDER. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE BLACK, and MR. JUSTICE WHITE are of the opinion that certiorari should be granted.

No. 1249. OVERTON *v.* RIEGER. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1253. HUMBLE OIL & REFINING CO. *v.* SUN OIL Co. C. A. 3d Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this petition.

No. 1255. MARCELLO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 6370. BLANTON *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.